Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-359-335**

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 22, 2023

---

### Title

Title of Work: Last kiss

### Completion/Publication

Year of Completion: 2011
Date of 1st Publication: September 15, 2011
Nation of 1st Publication: Greece

### Author

- Author: Adam Arthouros Martinakis
  Author Created: 2-D artwork
  Citizen of: Greece

### Copyright Claimant

Copyright Claimant: Adam Arthouros Martinakis
Xenofondos 1, Karteros, Iraklio, Crete, 715 00, Greece

### Rights and Permissions

Name: Adam Arthouros Martinakis
Email: martinakis.info@gmail.com
Address: Xenofondos 1
Karteros, Iraklio
Crete 715 00 Greece

### Certification

Name: David Denholm
Date: June 16, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-359-336

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 22, 2023

---

## Title

**Title of Work:** Puente

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 30, 2016
**Nation of 1st Publication:** Greece

## Author

- **Author:** Adam Arthouros Martinakis
**Author Created:** 2-D artwork
**Citizen of:** Greece

## Copyright Claimant

**Copyright Claimant:** Adam Arthouros Martinakis
Xenofondos 1, Karteros, Iraklio, Crete, 715 00, Greece

## Rights and Permissions

**Name:** Adam Arthouros Martinakis
**Email:** martinakis.info@gmail.com
**Address:** Xenofondos 1
Karteros, Iraklio
Crete 715 00 Greece

## Certification

**Name:** David Denholm
**Date:** June 16, 2023



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-359-333

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 22, 2023

### Title
_____

Title of Work: The Erotic Void IV / 2020

### Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: November 21, 2020
Nation of 1st Publication: Greece

### Author
_____

- Author: Adam Arthouros Martinakis
  Author Created: 2-D artwork
  Citizen of: Greece

### Copyright Claimant
_____

Copyright Claimant: Adam Arthouros Martinakis
Xenofondos 1, Karteros, Iraklio, Crete, 715 00, Greece

### Rights and Permissions
_____

Name: Adam Arthouros Martinakis
Email: martinakis.info@gmail.com
Address: Xenofondos 1
Karteros, Iraklio
Crete 715 00 Greece

### Certification
_____

Name: David Denholm
Date: June 16, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-359-334

**Effective Date of Registration:**
June 16, 2023

**Registration Decision Date:**
August 22, 2023

---

## Title

**Title of Work:** Light and Matter

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 11, 2020
**Nation of 1st Publication:** Greece

## Author

**•**
**Author:** Adam Arthouros Martinakis
**Author Created:** 2-D artwork
**Citizen of:** Greece

## Copyright Claimant

**Copyright Claimant:** Adam Arthouros Martinakis
Xenofondos 1, Karteros, Iraklio, Crete, 715 00, Greece

## Rights and Permissions

**Name:** Adam Arthouros Martinakis
**Email:** martinakis.info@gmail.com
**Address:** Xenofondos 1
Karteros, Iraklio
Crete 715 00 Greece

## Certification

**Name:** David Denholm
**Date:** June 16, 2023

